IN RE APPROVAL OF UNIFORM JUVENILE DEPRIVED PARENTAL RIGHTS TERMINATION ORDER



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:IN RE APPROVAL OF UNIFORM JUVENILE DEPRIVED PARENTAL RIGHTS TERMINATION ORDER

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 IN RE APPROVAL OF UNIFORM JUVENILE DEPRIVED PARENTAL RIGHTS TERMINATION ORDER
2019 OK 4
Decided: 02/25/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 4, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

In re: Approval of Uniform Juvenile Deprived Parental Rights Termination Order

ORDER

¶1 The Court has reviewed the recommendation of the Oklahoma Supreme Court Juvenile Justice Oversight and Advisory Committee and hereby adopts the attached orders for deprived parental rights termination effective May 1, 2019.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 25th day of February, 2019.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 
Attachments

 

ORDER TERMINATING PARENTAL RIGHTS ICWA COMPLIANT

ORDER TERMINATING PARENTAL RIGHTS

 





 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 








 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA